IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| RON NOLLNER and BEVERLY NOLLNER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:12-cv-00040 |
| SOUTHERN BAPTIST CONVENTION, INC.; THE INTERNATIONAL MISSION BOARD OF THE SOUTHERN BAPTIST CONVENTION, INC.; and GLOBAL ENTERPRISE SERVICES, LLC, | ) ) ) ) ) ) | Judge Aleta A. Trauger<br><br>Magistrate Judge Juliet Griffin |
| Defendants. | ) ) | |

## ORDER CONSOLIDATING ACTIONS

*Ron Nollner and Beverly Nollner vs. Southern Baptist Convention, Inc.; The International Mission Board of the Southern Baptist Convention, Inc.; and Global Enterprise Services, LLC*, Case No. 3:12-cv-00040.

*Ron Nollner and Beverly Nollner vs. Southern Baptist Convention, Inc.; The International Mission Board of the Southern Baptist Convention, Inc.; and Global Enterprise Services, LLC*, Case No. 3:12-cv-00043.

The Joint Motion of the parties for the consolidation of the case of *Ron Nollner, et al. vs. Southern Baptist Convention, Inc., et al.;* M.D. Tenn.; Case No. 3:12-cv-00043; with and into the above-entitled action (*i.e.*, Case No. 3:12-cv-00040) is hereby **GRANTED**.

It is **ORDERED** that the case of *Ron Nollner, et al. vs. Southern Baptist Convention, Inc., et al.;* M.D. Tenn.; Case No. 3:12-cv-00043; be consoli.dated with and into the above-entitled action (*i.e.*, Case No. 3:12-cv-00040).

DATED: 1/19/2012

_____
~~MAGISTRATE JUDGE JULIET GRIFFIN~~
U.S. District Judge